**Michael Andrew JOHNSON,
Plaintiff—Appellant,**

v.

**VERISIGN, INCORPORATED; Network Solutions, Incorporated, Defendants—Appellees,**

and

**Douglas L. Wolford, Acting President, Mass Market, as an individual and in his corporate capacity; Benjamin R. Turner, Vice President, as an individual and in his corporate capacity; Jeffrey W. Johnson, Vice President, as an individual and in his corporate capacity; Robert Smith, Assistant General Manager, as an individual and in his corporate capacity, Defendants.**

**John M. Albright, Movant.**

Nos. 03–2165, 03–2340.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 22, 2004.

Decided Oct. 29, 2004.

Michael Andrew Johnson, Appellant pro se. Larry Robert Seegull, Piper Rudnick, LLP, Baltimore, Maryland; Charles B. Wayne, Piper Rudnick, LLP, Washington, DC, for Appellees.

Before LUTTIG, KING, and GREGORY, Circuit Judges.

No. 03–2165 affirmed; No. 03–2340 dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Michael Andrew Johnson appeals from the district court's order denying his motion for judgment as a matter of law in the jury's finding that his employer did not discharge Johnson in retaliation for protected activity (No. 03–2165). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See *Johnson v. Verisign, Inc.*, No. CA–01–765–A, 2002 WL 1887527 (E.D.Va. Aug. 15, 2002). We further dismiss Johnson's "protective cross-appeal" (No. 03–2340) for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

No. 03–2165 *AFFIRMED*

No. 03–2340 *DISMISSED*